# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00598-CR

**Ray David Serna
aka Rey David Serna
aka Rey Serna-Villadares
aka Rey David Valladares
aka Rey David Serna-Villadares, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 50,660, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

   The Court has received and filed a supplemental clerk's record containing a district court order dated September 29, 2000, granting appellant's motion for new trial. The appeal is dismissed as moot.

Before Justices Jones, Kidd and Yeakel

Dismissed as Moot

Filed: October 19, 2000

Do Not Publish